**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FERNANDO EFRAIN ZHUNO-LIVICURA,**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, WARDEN, FEDERAL DETENTION CENTER, PHILADELPHIA; JOHN E. RIFE, ACTING FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS, PHILADELPHIA FIELD OFFICE; MARKWAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, U.S. ATTORNEY GENERAL, U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>**Respondents.** | **CIVIL ACTION**<br><br>**NO. 26-7254** |

**O R D E R**

**AND NOW**, this 21st day of September, 2026, upon consideration of the Verified Petition for Writ of Habeas Corpus (ECF No. 1 ("Petition")), it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.
2. Respondents shall file and serve a response on or before **September 23, 2026**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

______________________
**HODGE, KELLEY B., J.**